IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHANIE DORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-CV-508-SMY-DGW |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on April 27, 2018 (Doc. [75]), judgment is hereby entered in favor of Defendant Unum Life Insurance Company of America and against Plaintiff Stephanie Dorris. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: April 27, 2018**

                                                        **JUSTINE FLANAGAN, Acting Clerk of Court**
                                                        **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**    **s/ Staci M. Yandle**
                    **STACI M. YANDLE**
                    **DISTRICT JUDGE**